UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER      :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :
:
:
:
:
----------------------------------------------------------------X
GISELA VALENCIA,                          :   08-CV-02728-AKH
:
                Plaintiff,        :
:   **APPEARANCE**
  - against -                  :
:   **ELECTRONICALLY FILED**
ALAN KASMAN DBA KASCO, *et al.*,   :
:
                Defendants.  :
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York        DICKSTEIN SHAPIRO LLP
       June 30, 2008

                          By:    /s/ Judith R. Cohen
                                    _____
                                    Judith R. Cohen (JC-8614)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501

                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.